IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| LILLIAN EASLEY and all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> HUMMINGBIRD FUNDS, D/B/A BLUE TRUST LOANS; JOSEPH WILDCAT, SR.; NICOLE CHAPMAN-REYNOLDS; EDMUND PETERSON; CHRIS SOULIER; PATRICIA MARQUEZ; PHILLIP CHAPMAN, JR.; DAROLD LONDO; RANDY SOULIER; MELISSA DOUD; JESSI PHILLIPS LORENZO; & JUANITA HUGULEY A/K/A JUANITA GEORGE-HUGULEY, <br><br> Defendants. | Case No. 1:19-cv-00740 |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Now come the Plaintiff, **LILLIAN EASLEY**, and hereby dismisses the above styled action without prejudice pursuant to FRCP 41(a)(1)(i).

**DATED** this the 31st day of October, 2019.

| | |
|---|---|
| /s/ Earl P. Underwood, Jr. <br> EARL P. UNDERWOOD, JR. <br> Attorney for Plaintiff <br> Underwood & Riemer, P.C. <br> 21 S. Section Street <br> Fairhope, AL 36532 <br> 251.990.5558 Office <br> 251.990.0626 Fax <br> Email:epunderwood@alalaw.com | /s/Steven P. Gregory <br> Steven P. Gregory <br> GREGORY LAW FIRM, P.C <br> ASB-0737-R73S <br> 2700 Corporate Drive <br> Suite 200 <br> Birmingham, Alabama 35242 <br> Telephone 205-799-0380 <br> email: steve@gregorylawfirm.us <br> Attorney for Plaintiff |